# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CRAIG ALLAN HURLEY** <br> **REG. # 13490179** | : | **DOCKET NO. 19-cv-01250** <br> **SECTION P** |
| **VERSUS** | : | **JAMES D. CAIN, JR.** |
| **R. MYERS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, on this 9th day of January, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE